Raymond Miollis, Appellant, v. Maze Lactic Cultures, Inc. et al., Appellees. Pure Milk Association et al., Appellees.

Gen. No. 9,405.

opinion filed August 25, 1939; rehearing stricken November 29, 1939. Thomas Hart Fisher, for appellant; Willard C. Walters, of counsel; Schuyler & Hennessy, for appellees; William C. Graves, Henry E. Jacobs and Martin Burns, of counsel. Opinion by JUSTICE WOLFE. ''Not to be published in full.''

Otto G. Kasnick, Appellant, v. Ernest Saunders, et al., Appellees.

Gen. No. 9,381.

opinion filed September 19, 1939; rehearing denied November 30, 1939. Owens & Owens, for appellant; Vincent G. Rinn, of counsel; Earl C. Starbuck, for appellees. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''